FILED

JAMES J. VILT, JR. - CLERK

JUN 17 2026

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT BOWLING GREEN

UNITED STATES OF AMERICA

v.

**MARSHALL J. ELLINGTON**

INDICTMENT

NO. 1:26-CR-33-GNS

18 U.S.C. § 875(c)

The Grand Jury charges:

## COUNT 1
### (*Threatening Communication*)

On or about May 31, 2026, in the Western District of Kentucky, Warren County, Kentucky,

the defendant, **MARSHALL J. ELLINGTON**, knowingly transmitted in interstate and foreign

commerce from outside the United States, to the Commonwealth of Kentucky, a communication,

to wit, a text message to Witness 1, and the communication contained a threat to injure Victim 1,

specifically, "…I'm going to slit his throat in the middle of the night and watch him bleed out and

smile. And anyone who stands in my way better be ready to fight to the death."

In violation of Title 18, United States Code, Section 875(c).

The Grand Jury further charges:

## COUNT 2
### (*Threatening Communication*)

On or about June 1, 2026, in the Western District of Kentucky, Warren County, Kentucky,

the defendant, **MARSHALL J. ELLINGTON**, knowingly transmitted in interstate and foreign

commerce from outside the United States, to the Commonwealth of Kentucky, a communication,

to wit, a text message to Witness 1, and the communication contained a threat to injure Victim 1,

specifically, "A terminal list exists and Victim 1 is on it. He's going to fucking die and there is nothing you, nor police, or any authority to stop it. It may be today, tonight, or 5 years from now. But it's going to happen. The terminal list is long."

In violation of Title 18, United States Code, Section 875(c).


The Grand Jury further charges:

## COUNT 3
### *(Threatening Communication)*

On or about June 1, 2026, in the Western District of Kentucky, Warren County, Kentucky, the defendant, **MARSHALL J. ELLINGTON**, knowingly transmitted in interstate and foreign commerce from outside the United States, to the Commonwealth of Kentucky, a communication, to wit, a voice mail to Victim 1, and the communication contained a threat to injure Victim 1, specifically, "Yes, this message is for Victim 1, just wanted you to hear the voice of the man who is going to slit your throat."

In violation of Title 18, United States Code, Section 875(c).


The Grand Jury further charges:

## COUNT 4
### *(Threatening Communication)*

On or about June 1, 2026, in the Western District of Kentucky, Warren County, Kentucky, the defendant, **MARSHALL J. ELLINGTON**, knowingly transmitted in interstate and foreign commerce from outside the United States, to the Commonwealth of Kentucky, a communication, to wit, a text message to Witness 1, and the communication contained a threat to injure Victim 1, specifically, "But everything inside me tells me to kill this guy. Maybe it's karma, I have no idea.

But it's going to happen. I will make it quick and painless for him. But I will watch him bleed out so I will truly know if he deserved it or not. The only reason you're not talking to me is because of this man. For that reason I'm going to end his life. If you think I'm bluffing you would be wrong. I'm going to fucking slit his throat."

In violation of Title 18, United States Code, Section 875(c).

A TRUE BILL.



KYLE G. BUMGARNER
UNITED STATES ATTORNEY

KGB:MAB: 6/17/2026

UNITED STATES OF AMERICA v. MARSHALL J. ELLINGTON

## P E N A L T I E S

Counts 1-4 (each count): NM 5 yrs./$250,000/both/NM 3 yrs. Supervised Release

## N O T I C E

**ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.**

SPECIAL ASSESSMENTS

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

| | | | |
|---|---|---|---|
| Misdemeanor: | $ 25 per count/individual | Felony: | $100 per count/individual |
| | $125 per count/other | | $400 per count/other |

FINES

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due immediately unless the court issues an order requiring payment by a date certain or sets out an installment schedule. You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court. 18 U.S.C. § 3571, 3572, 3611, 3612

**Failure to pay fine as ordered may subject you to the following:**

1. **INTEREST** and **PENALTIES** as applicable by law according to last date of offense.

   For offenses occurring after December 12, 1987:

   No **INTEREST** will accrue on fines under $2,500.00.

   **INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing. This rate changes monthly. Interest accrues from the first business day following the two week period after the date a fine is imposed.

   **PENALTIES** of:

   10% of fine balance if payment more than 30 days late.

   15% of fine balance if payment more than 90 days late.

2. Recordation of a **LIEN** shall have the same force and effect as a tax lien.

3. Continuous **GARNISHMENT** may apply until your fine is paid.

18 U.S.C. §§ 3612, 3613

   If you **WILLFULLY** refuse to pay your fine, you shall be subject to an **ADDITIONAL FINE** of not more than the greater of $10,000 or twice the unpaid balance of the fine; or **IMPRISONMENT** for not more than 1 year or both. 18 U.S.C. § 3615

RESTITUTION

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law.  18 U.S.C. § 3663

APPEAL

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

1.      That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

2.      Give bond for payment thereof.

18 U.S.C. § 3572(g)

PAYMENTS

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made payable to the Clerk, U.S. District Court and delivered to the appropriate division office listed below:

LOUISVILLE:          Clerk, U.S. District Court
                     106 Gene Snyder U.S. Courthouse
                     601 West Broadway
                     Louisville, KY  40202
                     502/625-3500

BOWLING GREEN:       Clerk, U.S. District Court
                     120 Federal Building
                     241 East Main Street
                     Bowling Green, KY  42101
                     270/393-2500

OWENSBORO:           Clerk, U.S. District Court
                     126 Federal Building
                     423 Frederica
                     Owensboro, KY  42301
                     270/689-4400

PADUCAH:             Clerk, U.S. District Court
                     127 Federal Building
                     501 Broadway
                     Paducah, KY  42001
                     270/415-6400

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.